# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2023 KW 0917

**NOVEMBER 6, 2023**

---

In Re:  Andrew D. Wetzel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 472552.

---

**BEFORE:  THERIOT, HOLDRIDGE, AND GREENE, JJ.**

**WRIT DENIED.**

MRT
GH
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT